ROBERT E. HOUSTON ET AL. *v.* GEORGE
KRAWSHUK ET AL.

The named defendant's petition for certification for
appeal from the Appellate Court (AC 11530) is denied.

*Ronald L. Lepine,* in support of the petition.

*Robert J. Reeve,* in opposition.

Decided January 21, 1993

STEVEN GOODSON ET AL. *v.* STATE OF CONNECTICUT

The defendant's petition for certification for appeal
from the Appellate Court (AC 11651) is granted, limited
to the following issue:

"Did the Appellate Court properly dismiss the
defendant's appeal because of (1) the defendant's non-
compliance with Practice Book §§ 4049 and 4053; (2)
the lack of a final judgment; or (3) mootness?"

The Supreme Court docket number is SC 14679.

*Thadd A. Gnocchi,* assistant attorney general, in sup-
port of the petition.

Decided January 21, 1993

BRISTOL FEDERAL SAVINGS BANK *v.*
DOROTHY E. GAGNON ET AL.

The named defendant's petition for certification for
appeal from the Appellate Court (AC 11781/11884) is
denied.

*Dorothy E. Gagnon,* pro se, in support of the petition.

Decided January 21, 1993